658 A.2d 1339

The ESTATE OF Melanie SANDERS, by Christine Sanders, Administratrix, Richard Sanders and Mary Christine Sanders

v.

PINE TOWNSHIP, Chad Allen Miller.

Appeal of PINE TOWNSHIP.

Supreme Court of Pennsylvania.

Argued April 27, 1995.

Decided May 19, 1995.

Thomas E. Leipold, Bloomsburg, for Pine Tp.

Michael R. Lynn, Bloomsburg, for C. Sanders.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order of Commonwealth Court is reversed and case remanded to that Court for consideration on the merits of the notice issue.

MONTEMURO, J., is sitting by designation.